UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER ) | |
| ) | |
| OF THE APPOINTMENT ) | |
| ) MISC. NO. 2:22-mc-3974-ECM | |
| OF SANDRA J. STEWART ) | |
| ) | |
| AS UNITED STATES ATTORNEY ) | |

**ORDER OF APPOINTMENT**

Pursuant to Title 28, United States Code, Section 546(d), Sandra J. Stewart is appointed as the United States Attorney for the Middle District of Alabama, effective April 25, 2022.

DONE AND ORDERED this 22nd day of April, 2022.

For the Court:

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE